**Order filed July 12, 2013**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00627-CV

———————

**ROBERT H. BURROUGHS, Appellant**

**V.**

**GARY BURROUGHS, Appellee**

**On Appeal from the Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 396,576-401**

## ORDER

Appellant's brief was due **June 21, 2013.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 12, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM